March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Vashon Combs         ,
                      Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant __Vashon Combs_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

**X**     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_AW pp Vashon Combs_____          _Ariel Werner_____
Defendant's Signature                                    Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Vashon Combs**                            **Ariel Werner**
_____             _____
Print Defendant's Name                                Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

                                                         _Kevin Nathaniel Fox_____

11/20/20   Date                                      U.S. District Judge/U.S. Magistrate Judge